1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division
4  ERIC D. ROSEN (MDSB)
   Assistant United States Attorney
5
        150 Almaden Blvd., Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-2695
7       FAX: (408)535-5066
        eric.d.rosen@usdoj.gov
8
   Attorneys for Plaintiff
9
                           IN THE UNITED STATES DISTRICT COURT
10
                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                                       SAN JOSE DIVISION
12
   UNITED STATES OF AMERICA,           )    No. CR 07-00044 JW
13                                     )
                  Plaintiff,           )
14                                     )    **STIPULATION CONTINUING**
                                       )    **HEARING DATE AND [PROPOSED]**
15                                     )    **ORDER**
         v.                            )
16                                     )
                                       )
17 MODESTO MEDINA-MENDOZA,             )
                                       )
18                Defendant.           )
                                       )
19 

20    **IT IS HEREBY STIPULATED AND AGREED**, by and between Scott N. Schools, United

21 States Attorney, and Eric D. Rosen, Assistant United States Attorney, counsel for the United

22 States of America, and Lara S. Vinnard, Assistant Federal Public Defender, counsel for

23 defendant, that the hearing date currently scheduled for February 26, 2007 at 9:30 p.m., be

24 vacated and continued to March 19, 2007 at 1:30 p.m., or to a date thereafter at the convenience

25 of the Court.

26    This Stipulation is entered into for the following reasons:

27    1.    The parties are continuing to investigate this matter to obtain additional

28 information regarding Mr. Medina-Mendoza's prior convictions.

2. Counsel for the government will be out of the District on February 26.

The parties agree that time should be excluded under the Speedy Trial Act to allow time for effective preparation and investigation, 18 U.S.C. § 3161 et seq., and because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

DATED this __21st_ day of February, 2007.

SCOTT N. SCHOOLS
United States Attorney


_____/S/_____          2/21/07_____
ERIC D. ROSEN                                                                           DATE
Assistant United States Attorney


_____/S/_____          2/21/07_____
LARA S. VINNARD                                                                       DATE
Assistant Federal Public Defender

## [~~PROPOSED~~] ORDER

The parties have jointly requested a continuation of the hearing set for February 26, 2007, to allow time to complete their investigations.

Accordingly, for good cause shown, the Court HEREBY ORDERS that the hearing date presently set for February 26, 2007, be continued to March 19, 2007, at 1:30 p.m., or to a date thereafter at the convenience of the Court.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from February 26, 2007, to March 19, 2007, shall be excluded under the Speedy Trial Act. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into

//

//

1  account the exercise of due diligence, and would result in a miscarriage of justice.  The Court
2  therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A)
3  and (B)(iv).

5  SO ORDERED.

7  DATED:    2/22/2007                    _____
                                           JAMES WARE
8                                          United States District Judge